**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESHMA BHOOPERSAUD,<br><br>      Plaintiff,<br><br>-against-<br><br>HERITAGE FINANCIAL CREDIT UNION,<br><br>      Defendant. | Civil Action No.: 7:23-cv-00729-NSR<br><br>**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Reshma Bhoopersaud and Defendant Heritage Financial Credit Union ("HFCU" or "Defendant"), by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

    Respectfully submitted,

| | |
|---|---|
| EL-HAG & ASSOCIATES, P.C.<br>777 Westchester Avenue, Suite 101<br>White Plains, NY 10604<br>(914) 218-6190<br><br>By: _Jordan El-Hag_<br>   Jordan El-Hag, Esq.<br><br>Dated: 6/27/23, 2023<br><br>ATTORNEYS FOR PLAINTIFF | JACKSON LEWIS P.C.<br>666 Third Avenue, 29th Floor<br>New York, NY 10017<br>(212) 545-4021<br><br>By: _[signature]_<br>   Jason A. Zoldessy<br><br>Dated: June 30, 2023<br><br>ATTORNEYS FOR DEFENDANTS |

SO ORDERED on this __30th__ day of __June__, 2023.

_[signature]_
Hon. Nelson S. Roman
United States District Judge

4855-7080-1508, v. 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2023